United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| REINALDO DAVID NAUN MONTESERIN, "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00860 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER "Respondent." | § | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" ("Petition") (Dkt. No. 1) and "Emergency Motion for Temporary Restraining Order" ("TRO") (Dkt. No. 2). It is **ORDERED** that Respondent shall file a response to Petitioner's Petition (Dkt. No. 1) and TRO (Dkt. No. 2) by **August 18, 2026 at 11:59 p.m. CST**.

SIGNED this August 17, 2026

Rolando Olvera
United States District Judge