United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| REINALDO DAVID NAUN MONTESERIN, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00860 |
| WARDEN, EL VALLE DETENTION CENTER, *et. al.,* | § | |
| "Respondents" | § | |

**ORDER**

It is **ORDERED** that Respondent shall file a status report informing the Court of Petitioner's detention status by **October 16, 2026, at 5:00 p.m. CST**.

SIGNED this October 7, 2026

Rolando Olvera
United States District Judge